UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 17 - 10244 |
| v. | ) | |
| | ) | VIOLATIONS: |
| | ) | COUNTS ONE THROUGH FIVE |
| THOMAS W. NEE, | ) | 18 U.S.C. § 2113(a) (Bank Robbery) |
| Defendant. | ) | 18 U.S.C. § 981(a)(1)(C) and |
| | ) | 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

## INFORMATION

**COUNT ONE: Bank Robbery – 18 U.S.C. § 2113(a)**

The Acting United States Attorney charges that:

On or about April 21, 2017, in the District of Massachusetts,

THOMAS W. NEE,

the defendant herein, by force and violence, and by intimidation, did take from the person and

presence of another money, in the amount of $335.00, more or less, belonging to and in the care,

custody, control, management, and possession of a branch of Santander Bank located on

Commonwealth Avenue, Boston, Massachusetts, a bank whose deposits were then insured by the

Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO: Bank Robbery – 18 U.S.C. § 2113(a)

The Acting United States Attorney further charges that:

On or about May 5, 2017, in the District of Massachusetts,

THOMAS W. NEE,

the defendant herein, by force and violence, and by intimidation, did take from the person and

presence of another money, in the amount of $304.00, more or less, belonging to and in the care,

custody, control, management, and possession of a branch of Citizens Bank located on Tremont

Street, Boston, Massachusetts, a bank whose deposits were then insured by the Federal Deposit

Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE: Bank Robbery – 18 U.S.C. § 2113(a)

The Acting United States Attorney further charges that:

On or about May 8, 2017, in the District of Massachusetts,

### THOMAS W. NEE,

the defendant herein, by force and violence, and by intimidation, did take from the person and

presence of another money, in the amount of $380.00, more or less, belonging to and in the care,

custody, control, management, and possession of a branch of Century Bank located on State

Street, Boston, Massachusetts, a bank whose deposits were then insured by the Federal Deposit

Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR: Bank Robbery – 18 U.S.C. § 2113(a)

The Acting United States Attorney further charges that:

On or about May 22, 2017, in the District of Massachusetts,

THOMAS W. NEE,

the defendant herein, by force and violence, and by intimidation, did take from the person and

presence of another money, in the amount of $5,010.00, more or less, belonging to and in the

care, custody, control, management, and possession of a branch of the Randolph Savings Bank

located on School Street, Boston, Massachusetts, a bank whose deposits were then insured by the

Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT FIVE: Bank Robbery – 18 U.S.C. § 2113(a)

The Acting United States Attorney further charges that:

On or about June 8, 2017, in the District of Massachusetts,

### THOMAS W. NEE,

the defendant herein, by force and violence, and by intimidation, did take from the person and presence of another money, in the amount of $2,180.00, more or less, belonging to and in the care, custody, control, management, and possession of a branch of Eastern Bank located on West Broadway, South Boston, Massachusetts, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## BANK ROBBERY FORFEITURE ALLEGATION
### (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1.      Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 2113(a), set forth in Counts One through Five of this Information,

THOMAS W. NEE,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from, proceeds traceable to the commission of the offense.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant –

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred to, sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of this Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

WILLIAM D. WEINREB
Acting United States Attorney


By: _____
CHRISTINE J. WICHERS
Assistant U.S. Attorney

Date: August 9, 2017